**B4 (Official Form 4) (12/07)**

# United States Bankruptcy Court
## District of Arizona

In re    **SWA Baseline, LLC**        Case No.    **4:14-001418-BMW**

Debtor(s)

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **EyeSite Surveillance Inc.**<br>P. O. Box 13612<br>Chandler, AZ 85248 | EyeSite Surveillance Inc.<br>P. O. Box 13612<br>Chandler, AZ 85248<br>480.205.4753 | **Surveillance services and equipment** | | 9,101.00 |
| **Arizona Turf Masters LLC**<br>2720 E. Mohawk Lane<br>Phoenix, AZ 85050 | Arizona Turf Masters LLC<br>2720 E. Mohawk Lane<br>Phoenix, AZ 85050<br>480.751.4343 | **Trade debt** | | 7,339.00 |
| **Greg Carlson Engineering LLC**<br>1521 E. Broadway Blvd.<br>Tucson, AZ 85719 | Greg Carlson Engineering LLC<br>1521 E. Broadway Blvd.<br>Tucson, AZ 85719<br>520.624.0070 | **Engineering fees** | | 7,220.00 |
| **Salt River Project**<br>P. O. Box 52025<br>Phoenix, AZ 85064-2159 | Salt River Project<br>P. O. Box 52025<br>Phoenix, AZ 85064-2159 | **Utilities** | | 6,396.00 |
| **David S. Cutler CPA PC**<br>5995 E. Grant Road, Ste. 200<br>Tucson, AZ 85712 | David S. Cutler CPA PC<br>5995 E. Grant Road, Ste. 200<br>Tucson, AZ 85712<br>520.886.6981 | **Accounting fees** | | 2,630.00 |
| **Arizona Commercial Signs, Inc.**<br>4018 E. Winslow<br>Phoenix, AZ 85040 | Arizona Commercial Signs, Inc.<br>4018 E. Winslow<br>Phoenix, AZ 85040<br>480.921.9900 | **Trade debt** | | 2,428.00 |
| **Gallagher & Kennedy**<br>P.O. Box 32159<br>2575 East Camelback Road<br>Phoenix, AZ 85016 | Gallagher & Kennedy<br>P.O. Box 32159<br>2575 East Camelback Road<br>Phoenix, AZ 85016<br>602.530.8000 | **Legal fees** | | 2,338.00 |
| **Peritus Commercial Finance LLC**<br>674 E. Bridal Veil Falls Road<br>Tucson, AZ 85755 | Peritus Commercial Finance LLC<br>674 E. Bridal Veil Falls Road<br>Tucson, AZ 85755<br>520.360.2782 | **Consulting fees** | | 2,106.00 |
| **Century Link**<br>4500 N. Oracle Road<br>Tucson, AZ 85705 | Century Link<br>4500 N. Oracle Road<br>Tucson, AZ 85705 | **Telephone services** | | 500.00 |

In re    **SWA Baseline, LLC**                                              Case No.    4:14-001418-BMW
_____                            _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Rusing Lopez & Lizardi, PLLC**<br>**6363 N. Swan Road, #151**<br>**Tucson, AZ 85718** | **Rusing Lopez & Lizardi, PLLC**<br>**6363 N. Swan Road, #151**<br>**Tucson, AZ 85718**<br>**520.792.4800** | **Legal fees** | | **Unknown** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Designated Representative of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **February 7, 2014**                    Signature    **/s/ Andrew J. Briefer**
_____                           _____
                                                          **Andrew J. Briefer**
                                                          **Designated Representative**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.