**United States Bankruptcy Court**
**District of Arizona**

In re    **SWA Baseline, LLC**                                Case No. **4:14-001418-BMW**
Debtor

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**See Attached List**

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Designated Representative of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **February 5, 2014**                  Signature **/s/ Andrew J. Briefer**
                                                                          **Andrew J. Briefer**
                                                                          **Designated Representative**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

# SWA Baseline LLC Ownership

| % | Class "A" Member | Address | City | State | Zip | Tax EIN/SSN |
|---|---|---|---|---|---|---|
| 27.208% | S & G Leasing, L.L.C. | 6770 W. Via Tres Casas | Tucson | AZ | 85743 | 36-4510142 |
| 2.640% | Lithops, L.L.C. | 2625 N. Silverbell Road | Tucson | AZ | 85745 | 20-3321725 |
| 2.031% | Colt's Neck Realty, L.L.C. | P.O Box 28665 | Scottsdale | AZ | 85255-0161 | 20-2747495 |
| 2.031% | Ciotti Consultants, L.L.C. | 2121 E Camino La Zorrela | Tucson | AZ | 85718 | 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 |
| 2.031% | Indevco Partners, Inc. | 2n 5995 E. Grant Rd., Suite 111 | Tucson | AZ | 85712 | 46-3235848 |
| 2.031% | Cuny Family Investment: | 4161 E Sapphire Falls | Tucson | AZ | 85712 | 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 |
| 0.609% | Barmich, L.L.C. | 6421 N. Nirvana Place | Tucson | AZ | 84750 | 20-2755004 |
| 1.015% | In The Tree LLC | 5995 E. Grant Rd., Suite 111 | Tucson | AZ | 85712 | 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 |
| 0.406% | Suso Bard, L.L.C. | 5995 E. Grant Rd., Suite 111 | Tucson | AZ | 85712 | 86-1046571 |
| 40.0% | | | | | | |

| % | Class "B" | Address | City | State | Zip | Tax EIN/SSN |
|---|---|---|---|---|---|---|
| 10.00% | S & G Leasing, L.L.C. | 6770 W. Via Tres Casas | Tucson | AZ | 85743 | 36-4510142 |
| 50.00% | Commerce Drive, L.L.C. | 5995 E Grant Rd., Suite 111 | Tucson | AZ | 85712 | 83-0344074 |
| 100.00% | | | | | | |

{00050096.0000/00490349.DOCX /}